UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

_____
                                    )
PHONE CHANTHAVONG and               )
SAMMY CHANTHAVONG,                  )
        Plaintiffs,                 )
                                    )
    v.                              )    C.A. No. 10-211 S
                                    )
JOHN DOE CORPORATION                )
d/b/a AMERICAN HOME MORTGAGE        )
SERVICING, INC.,                    )
        Defendant.                  )
_____)

**ORDER**

WILLIAM E. SMITH, United States District Judge.

On May 4, 2012, this Court entered an Order accepting Magistrate Judge David L. Martin's Report and Recommendation of March 28, 2011; denying Defendant's Motion to Dismiss; and ordering Plaintiffs' attorney to pay Defendant's attorney's fees, as outlined therein. Defendant's attorney filed an affidavit on May 18, 2012 (ECF No. 29), attesting to the fees and expenses incurred by Defendant American Home Mortgage Services, Inc. in connection with the motions and hearings addressed in the May 4, 2012 Order.

The Court has reviewed the affidavit and hereby directs Defendant's attorney to provide a more detailed accounting of the "fees billed in preparation of the motion to compel, motion to dismiss and all supporting legal memoranda." (See Aff. of

Samuel C. Bodurtha Submitted in Support of Am. Home Mortgage Servicing, Inc.'s Fees and Expenses ¶ 4.a.)  Such an accounting will assist the Court in making a determination as to the reasonableness of the fees and expenses.

IT IS SO ORDERED.

*/s/ William E. Smith*
William E. Smith
United States District Judge
Date: June 12, 2012