UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

_____
                                )
PHONE and SAMMY CHANTHAVONG,     )
                                )
              Plaintiffs,        )
        v.                       )   CA. No. 10-211 S
                                )
JOHN DOE CORPORATION             )
d/b/a AMERICAN HOME MORTGAGE     )
SERVICING, INC.,                 )
                                )
              Defendant.         )
_____ )

**ORDER**

WILLIAM E. SMITH, United States District Judge.

The Report and Recommendation of United States Magistrate Judge David L. Martin, filed November 19, 2012 (ECF No. 38) in the above-captioned matter, is hereby accepted pursuant to 28 U.S.C § 636(b)(1). Neither party has objected to Magistrate Judge Martin's findings and legal reasoning, which the Court determines are well supported by both the facts and the law. Accordingly, Defendant's Motion for Partial Summary Judgment (ECF No. 28) is GRANTED.

IT IS SO ORDERED.


_____
William E. Smith
United States District Judge
Date: 1|11|13